1   PHILLIP A. TALBERT
    United States Attorney
2   HEIKO P. COPPOLA
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search of:          CASE NO.  2:17-SW-0950 EFB

12  5110 Steves Way                          ORDER TO UNSEAL SEARCH WARRANTS
    El Dorado Hills, California              AND SEARCH WARRANT AFFIDAVITS

13

14

15                              ORDER

16      Upon application of the United States of America and good cause having been shown,

17      IT IS HEREBY ORDERED that the search warrant and search warrant application, including the

18  attached affidavit and any extension requests in the above-captioned matter be, and are, unsealed.

19

20

21  Dated:  September 6, 2022

22                                  THE HONORABLE CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

    [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS              1

**FILED**

Sep 06, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA